IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MAURICE HARRIS,

    Petitioner,

v.                                                                      4:15cv628–WS/EMT

JULIE L. JONES,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 17) docketed January 31, 2017. The magistrate judge recommends that the petitioner's habeas petition (doc. 1) be denied. The petitioner has filed no objections to the magistrate judge's report and recommendation.

    Having reviewed the record, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 17) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's petition for writ of habeas corpus  (doc. 1) is DENIED.

3. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is DENIED."

4. A certificate of appealability is DENIED.

DONE AND ORDERED this    14th    day of    March   , 2017.


                        s/ William Stafford
                        WILLIAM STAFFORD
                        SENIOR UNITED STATES DISTRICT JUDGE